IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 01–cv–02354–EWN–MJW

UNITEDGLOBALCOM, INC.;
UIH ASIA/PACIFIC COMMUNICATIONS, INC.;
AUSTAR UNITED COMMUNICATIONS, LIMITED;
AUSTAR ENTERTAINMENT PTY LTD;
CTV PTY LIMITED; and
STV PTY LIMITED,

    Plaintiffs,

v.

ROBERT G. McRANN,

    Defendant.

## ORDER

This matter is before the court on the motion to consolidate (#84) filed April 19, 2007. The necessary predicate for a motion to consolidate is that the cases in the proposed consolidation are "pending before the court." Fed. R. Civ. P. 42(a). That predicate is not satisfied, since this case is closed. It is therefore

ORDERED that the motion to consolidate be DENIED.

-1-

Dated this 19th day of April, 2007.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge